NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVELYN BURNEY, DOING BUSINESS AS PLOTT BAKERY PRODUCTS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**STERLING FOODS, INC.,**
*Defendant.*

---

2012-5088

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-067, Senior Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

Evelyn Burney moves for leave to proceed in forma pauperis. Burney has not submitted Federal Circuit Form 6, which is required by this court for such motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied without prejudice to Burney re-filing a motion for leave to proceed in forma pauperis along with a completed Federal Circuit Form 6. Burney's motion for leave to proceed in forma pauperis is due within 21 days of the date of filing of this order.

FOR THE COURT

**JUN 1 3 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Evelyn T. Burney (Federal Circuit Form 6 enclosed)
Carrie A. Dunsmore, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

JAN HORBALY
CLERK